ACCEPTED
01-15-00790-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/11/2015 11:48:14 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00790-CV

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT OF TEXAS

AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/11/2015 11:48:14 AM
CHRISTOPHER A. PRINE
Clerk

VOID CAP

---

LATTER DAY DELIVERANCE REVIVAL CHURCH

AND

CHRISTIAN FELLOWSHIP MISSIONARY

BAPTIST CHURCH

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

APPELLANTS

V.

THE HOUSTON HOUSING AUTHORITY                    APPELLEE

---

## JOINT MOTION TO DISMISS APPEALS

---

Appellants, Latter Day Deliverance Revival Church and Christian Fellowship Missionary Baptist Church, and Appellee, The Houston Housing Authority, respectfully move this honorable Court to dismiss these appeals pursuant to Tex. R. App. P. 42.1(a)(1), on the ground that all matters at issue in these appeals have been fully compromised and settled.

WHEREFORE, PREMISES CONSIDERED, Appellants Latter Day Deliverance Revival Church and Christian Fellowship Missionary Baptist Church,

**JOINT MOTION TO DISMISS APPEALS– Page 1**

7294329.1/SP/33383/0104/102815

and Appellee, The Houston Housing Authority, respectfully pray that these appeals be dismissed pursuant to Tex. R. App. P. 42.1(a)(1), with costs of appeals taxed against the parties which incurred same.

Respectfully submitted,


/s/ Aaron Streett
AARON STREETT
State Bar No. 24037561
SAM BURK
State Bar No. 24064974
SHANE PENNINGTON
State Bar No. 24080720
JONATHAN HAVENS
State Bar No. 24087686
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-7847
aaron.streett@bakerbotts.com
sam.burk@bakerbotts.com
shane.pennington@bakerbotts.com
jonathan.havens@bakerbotts.com

HIRAM S. SASSER, III
State Bar No. 24039157
JUSTIN E. BUTTERFIELD
State Bar No. 24062642
LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
hsasser@libertyinstitute.org
jbutterfield@libertyinstitute.org


ATTORNEYS FOR APPELLANTS
LATTER DAY DELIVERANCE
REVIVAL CHURCH AND

CHRISTIAN FELLOWSHIP
MISSIONARY BAPTIST CHURCH


/s/ P. Michael Jung
P. MICHAEL JUNG
State Bar No. 11054600
KEVIN J. MAGUIRE
State Bar No. 12827900
KIMBERLY H. MURPHY
State Bar No. 24075619

STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
214.651.4300
214.651.4330 (Fascimile)
michael.jung@strasburger.com
kevin.maguire@strasburger.com
kim.murphy@strasburger.com

SAMUEL J. LOUIS
State Bar No. 12588040
STRASBURGER & PRICE, LLP
909 Fannin Street, Suite 2300
Houston, TX 77010
713.951.5604
832.397.3503 (Facsimile)
sam.louis@strasburger.com


ATTORNEYS FOR APPELLEE
THE HOUSTON HOUSING
AUTHORITY